IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05CR537 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | GOVERNMENT'S RESPONSE |
| | ) | TO DEFENDANT'S MOTION TO |
| DAMETRESE RANSAW, | ) | <u>COMPEL DISCOVERY</u> |
| | ) | |
| Defendant. | ) | |
| | ) | |

Now comes the United States of America, by and through its counsel, Gregory A. White, United States Attorney, and Blas E. Serrano, Assistant United States Attorney, and responds to defendant's request to Compel Discovery. The government avers

that mailed under separate cover is a copy of the affidavit filed in support of a search warrant previously provided to defense counsel.

        Respectfully submitted,

        GREGORY A. WHITE
        United States Attorney

By:  s/ Blas E. Serrano
     Blas E. Serrano
     Assistant U.S. Attorney
     Reg. No. 0009879
     400 United States Court House
     801 West Superior Avenue
     Cleveland, Ohio  44113
     (216) 622-3873 (phone)
     (216) 522-7499 (facsimile)
     Blas.Serrano@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on this 15th day of March 2006, a copy of the foregoing Government's Response to Defendant's Motion to Compel Discovery was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                                      s/ Blas E. Serrano
                                      Blas E. Serrano
                                      Assistant U.S. Attorney